**SO ORDERED**

THIS CASE IS NEARLY ONE YEAR OLD WITHOUT A PLAN BEING CONFIRMED AND THE DEBTOR IS SIGNIFICANTLY BEHIND ON HER PROPOSED PLAN PAYMENTS TO THE TRUSTEE.



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

In Re:

**DENISE CANTY**                    Case No. **17-25953-WIL**
                                    Chapter 13

　　　　Debtor

## ORDER DENYING MOTION TO RECONSIDER

UPON CONSIDERATION of the Motion to Reconsider and the Chapter 13 Trustee's Response thereto, pursuant to 11 U.S.C. § 1325(a)(6), 1325(a)(4), 1325(b)(1)(B), and 1325(a)(7), it is by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the Motion to Reconsider is DENIED.

Copies to:

Debtor
Debtor's Counsel
Chapter 13 Trustee

*END OF ORDER*